## IN RE WILL OF DUNN

No. 214P98

Case below: 129 N.C.App. 321

Petition by propounder for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998. Conditional petition by caveator for discretionary review pursuant to G.S. 7A-31 dismissed as moot 29 July 1998.

## JENKINS v. WYSONG & MILES CO.

No. 164P98

Case below: 129 N.C.App. 263

Petition by plaintiff (Jenkins) for discretionary review pursuant to G.S. 7A-31 denied 20 July 1998. Conditional petition by defendant (Wysong & Miles) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 20 July 1998. Conditional petition by defendant (Highland Tank and JJF Properties) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 20 July 1998.

## JOHNSON v. NAYLOR

No. 191P98

Case below: 129 N.C.App. 263

Petition by defendant for discretionary pursuant review to G.S. 7A-31 denied 29 July 1998. Conditional petition by plaintiff for discretionary review as to additional issues dismissed 29 July 1998.

## KEITH v. NORTHERN HOSP. DIST. OF SURRY COUNTY

No. 225P98

Case below: 129 N.C.App. 402

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

## KEMPSON v. HOLLIFIELD

No. 258P98

Case below: 129 N.C.App. 647

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.